**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**John BRADSHAW, Defendant—
Appellant.**

**No. 05–10194.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 13, 2006.*

Filed Feb. 17, 2006.

Karyn Kenny, Esq., USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Mario Valencia, Henderson, NV, for Defendant–Appellant.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

MEMORANDUM **

John Bradshaw appeals from his guilty-plea conviction and 63–month sentence imposed for conspiracy, identity theft, production of five or more unauthorized identifications, possession of stolen mail, possession of counterfeit security of an organization, and aiding and abetting, in violation of 18 U.S.C. §§ 371, 1028(a)(1) and (7), 1708, 513(a), and 2.

Bradshaw's attorney has filed a brief and moved to withdraw pursuant to *An-*

*ders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), on the ground that the appeal presents no arguable issues. Bradshaw has not submitted a pro se supplemental brief.

Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Bradshaw knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED,** and the appeal is **DISMISSED.**

**Santos DIAZ–MARTINEZ, Petitioner,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

**No. 04–76052.**

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Feb. 13, 2006.*

Filed Feb. 17, 2006.

Santos Diaz–Martinez, Anaheim, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Norah Ascoli Schwarz, Esq., John C. Cunningham, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

## MEMORANDUM **

Santos Diaz–Martinez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' summary affirmance without opinion of an immigration judge's ("IJ") denial of his motion to reopen removal proceedings, in which he alleges ineffective assistance of counsel. We have jurisdiction pursuant to 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Socop–Gonzalez v. INS,* 272 F.3d 1176, 1187 (9th Cir.2001) (en banc), we deny the petition for review.

The IJ did not abuse his discretion in concluding that Diaz–Martinez "failed to present any evidence that he was preju-

diced by the legal representation by La Guadalupana." The letter Diaz–Martinez submitted from the Orange County District Attorney's office concerning its investigation of La Guadalupana does not establish that Diaz–Martinez received any ineffective assistance of counsel, or that the outcome of his proceedings may have been affected. *See Rojas–Garcia v. Ashcroft,* 339 F.3d 814, 824–26 (9th Cir.2003).

**PETITION FOR REVIEW DENIED.**

**Albert BYOURDI, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–74800.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 13, 2006.*

Filed Feb. 17, 2006.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument, Fed. R.App. P. 34(a)(2), and Byourdi's request for argument is denied.